IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ADEL DESSOUKI** <br> A 029 635 695 | : CIVIL ACTION <br> : <br> : |
| v. | : <br> : |
| **JOHN F. KELLY,** Secretary, U.S. Department of Homeland Security**,** **JEFFREY SESSIONS,** U.S. Attorney General**, JAMES MCCARMENT,** Acting Director, United States Citizenship and Immigration Services and **JOHN CARRINGTOHN,** Acting District Director, United States Citizenship and Immigration Services Philadelphia District Office | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : NO. 17-2389 |

## ORDER

**NOW,** this 9th day of May, 2018, upon consideration of the Defendants' Motion to Dismiss (Document No. 8), and the plaintiff's response, and the defendants' reply, it is **ORDERED** that the motion is **GRANTED.**

IT IS FURTHER ORDERED that the complaint is **DISMISSED**.

/s/TIMOTHY J. SAVAGE